UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PEDRO ACERO**,

        Plaintiff,

  v.

**STATE COMPENSATION INSURANCE FUND**,

        Defendant.

Case No. 14-cv-04928-YGR

**ORDER DENYING REQUEST TO CONTINUE**

The Court, having reviewed the parties' Joint Case Management Statement and [Proposed] Case Management Order (Dkt. No. 24), hereby **DENIES** their request to continue the case management conference set for April 13, 2015. The Court shall issue a scheduling order that includes the mediation to occur before Mr. Rudy. The Parties shall promptly file a joint scheduling proposal.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**