UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO ACERO,**<br><br>    Plaintiff**,**<br><br>    **vs.**<br><br>**STATE COMPENSATION INSURANCE FUND,**<br><br>    Defendant**.** | Case No. 14-cv-4928 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the parties' second joint case management statement, the Case Management Conference currently scheduled for July 20, 2015 is hereby **VACATED**, and a compliance hearing regarding class counsel's motion for preliminary approval shall be held on Friday, September 4, 2015 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, either: (a) class counsel shall file a motion for preliminary approval; or (b) the parties shall file a one-page JOINT STATEMENT setting forth an explanation for failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: July 14, 2015

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**