ACERO, PEDRO A.
ALBA, RAYMOND C.
AMAYA, PATRICIA E.
ANDREWS, MARK E.
ARAGON, BRADLEY R.
ASHWORTH, DAVID M.
BECKER, RICHARD E.
BELON, HANS R.
BERRY, JASON A.
BLODGETT, MICHAEL D.
BONONI, JAMES M.
BOSSO, JOSEPH M.
BRICENO, VANESSA R.
BURGETT, SHELLEY D.
BUTLER, RAYMOND M.
CALVELLI, MARIO A.
CARPIO-REED, NIDA
CAUDILL, KIMBERLY L.
CAZARES, ANNETTE C.
CAZARES, ROBERT
CENDANA, FE
CEREOLI, ANGELA S.
CHAVEZ, LARRY
CHOW, CHESTER
COLLINS, DAVID C.
COX, DONNA M.
CRUZ, FLORABEL B.
CUEVAS, NICHOLAS A.
DAVIS-BORBON, DEANA K.
DAWSON, IRVEN S.
DAY, LYLE E.
DEL REAL, REINALDO
DESAI, MALCOLM R.
DEWAN, ROBERT H.
DIAZ, PAUL
DRAGOVICH, LAURA A.
DRAKE III, FRED A.
DUNN, DAVID H.
EDWARDS, ROBERT T.
EKE, NWALOZIE O.
ELSTER, EDWARD L.
ESPINO, SALVADOR C.
FAITRO, DELILAH J.
FANELLA, JOYCE L.
FARFAN, CESAR A.
FAUSONE, MICHAEL R.
FITZGERALD, WILLIAM J.
GARBETT, JOHN C.
GARCIA, JESUS P.
GARCIA, PATRICIA A.
GONZALEZ, RICHARD D.
GONZALEZ, ROSEMARY C.

```
GREEN THORNE, JOYCE
GUTIERREZ, EILEEN A.
GUTIERREZ, JIMMY
GUTIERREZ, JOSE L.
GUZMAN, DELIA L.
HAGBLOM, CARMEN C.
HAGE, SCOTT E.
HALPERT, LESTER W.
HAMILTON, BILLIE J.
HANSEN, ERLE G.
HARDER, ANGELA M.
HARLOW, DARLA J.
HEATH, SHIRLEY R.
HELD, CRAIG W.
HILL, BRIAN L.
HOFFMAN, CHRISTINE A.
HOLT, STEWART C.
HUNT, COLLEEN R.
IBARRA, ENOCH
JAMES, GLORIA A.
JOHNSON, PHILIP A.
JONES, KENT
KHAN, FAHEEM
KILPATRICK, JAMES T.
KLIMENKO, MICHAEL N.
LAVEZZARI, JULIE M.
LEE-MCLAUGHLIN, KARI L.
LEE, BONNIE W.
LEVESQUE, CYNTHIA M.
LEVINE, EVANGELINA
LI, EVAN W.
LIM, EMELINDA U.
LLOPIS, MARY A.
MADDEN, KAREN J.
MAIER, MONIKA E.
MANCIA, ROBERTO
MARSHALL, CHARLES A.
MARTIN, JENNIFER A.
MCCOMB, DENIS M.
MCGOWAN, LYNN M.
MCPHERSON, FREDRICK J. L.
MERAZ, JOSEPH M.
MERCADO, LIZETH M.
MORAN, CHRISTINA L.
MOSTERT, RENE A.
MULDOON, DAMUN G.
MUZZARELLI, GIORGIO A.
NASH, SARAH J.
NORDHAGEN, CURTIS P.
OCCHIPINTI, SYLVANA M.
OSMER, MICHAEL B.
OUYE, JANI K.
```

```
PARADISE, TINA L.
PASQUALUCCI, JOHN P.
PERKINS, JOHN F.
PIMENTEL, EDNA R.
PINNELL, MATTHEW A.
QUIROZ, AGUSTINA R.
REID, BRENDA A.
RISTOW, MARC A.
RIVERA, MARIA L.
ROBINETTE, GEORGE W.
ROBINSON, BRUCE L.
ROSS, CAROLYN A.
ROSS, CHRISTOPHER L.
ROUGHTON, MARIA L.
RUIZ, PATRICIA M.
RYDER, GAY M.
SAFARIAN, HAGOP J.
SCHOCK, ROBERT V.
SEGURA, JOANN S.
SHAFFER, ANDREW R.
SIMS, ANA-MARIE
SINGH, MANJIT
SKAINS, PEGGY A.
SLAUGHTER-HARBOUR, DONNA D.
SMITH, MARIA E.
ST JEAN, CYNTHIA M.
STARK, TINA L.
STEIGER, JAMES W.
STRUHL, DAVID M.
SUTTLE, RANDALL S.
TAYLOR, PATRICK M.
TEETER, RODNEY
THOMAS, JANICE A.
THORNBERRY, BRADFORD M.
TORRES, MICHAEL A.
TRASK, CHRISTINA M.
TUCKER, CINDY L.
TUFO, JACQUELINE A.
TYE, GARY J.
UBA, KINGSLEY O.
VARELA, ALFRED
VILLA, AMBER S.
WEBB, GERARD C.
WILLIAMS, PAUL D.
WONG, LING W.
WU, RICHARD L.
```